UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILLENNIUM, L.P.,

Plaintiff,

-v-

CHARACTELL, INC.,

Defendant.

Case No. 08-CV-00384

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

MILLENNIUM, L.P.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: 1/14/08

Signature of Attorney

Attorney Bar Code: JZ 7743

Form Rule7_1.pdf   SDNY Web 10/2007