UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MILLENNIUM, L.P., | : | |
| Plaintiff, | : | NOTICE OF DISMISSAL WITHOUR PREJUDICE |
| v. | : | 08-CV-0384 (DlC) |
| CHARACTELL, INC. | : | |
| Defendant. | : | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Millennium, L.P. hereby dismisses without prejudice this action and all claims therein.

By: _____
Jean-Marc Zimmerman, Esq. (JZ 7743)
Zimmerman, Levi & Korsinsky, L.L.P.
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207
Attorneys for Plaintiff

Dated: June 11, 2008
    Westfield, New Jersey

SO ORDERED:

_____
Denise L. Cote, U.S.D.J.

Dated: June _11_, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08
```